FILED

05/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0609

ARIANE WITTMAN and JEREMY TAYLEN,

                    Plaintiffs/Appellants,

-vs-

CITY OF BILLINGS,

                    Defendant/Appellee.

**GRANT OF EXTENSION OF TIME TO FILE APPELLEE'S ANSWER BRIEF BY JUNE 16, 2021**

Appellee has filed an Unopposed Motion for Extension of Time to and including June 16, 2021, within which to file Appellee's Answer Brief. Based upon the Affidavit of Appellee's counsel as to the necessity of the extension, for good cause appearing and noting Appellants do not object to this Motion, the Court hereby GRANTS the Motion. Appellee shall have up to June 16, 2021, within which to file the Appellee's Answer Brief. No further extensions shall be granted unless extraordinary circumstances are present.

       **DATED** this \_\_\_\_ day of May, 2021.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 28 2021